**FILED**

OCT 2 0 2003

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

DOCKETED

OCT 2 1 2003

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)  No. **03CR1006**
vs. )
)  Violation: Title 18, United States
MIRZA BAIG )  Code, Sections 641 and 2

The UNITED STATES ATTORNEY charges:  **MAGISTRATE JUDGE ASHMAN**

From in or about March 1994, continuing to in or about October 1999, in the Northern

District of Illinois, Eastern Division,

MIRZA BAIG,

defendant herein, did steal, purloin, and knowingly convert to his own use money belonging to the

United States in excess of $900, namely, funds administered by the Social Security Administration

as part of its Supplemental Security Income program, which funds defendant was not entitled to

receive;

In violation of Title 18, United States Code, Sections 641 and 2.

_Patrick J. Fitzgerald, by DA_
UNITED STATES ATTORNEY